appeal to be argued or submitted when reached. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ EDGAR MOORE v. HAMILTON POSNER et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ISRAEL ESPINOSA.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ CORINNE C. WATERMAN v. MUNICIPAL CIVIL SERVICE COMMISSION.— Motion for leave to appeal as a poor person denied as unnecessary. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ BETTE WANDERMAN, an Infant, v. CITY OF NEW YORK.— Motion for leave to appeal as poor persons denied, without prejudice to a renewal on proper papers showing the exact financial condition of the moving parties. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ CHRISTINE M. DUNNAVILLE v. NEW YORK CITY TRANSIT AUTHORITY.— Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for the respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ (A) SALVATORE TRENTACOSTE v. MORRIS HOLMAN. (B) MORRIS HOLMAN v. FERRANTE & CO., INC., et al.— [In each action] Motion to dismiss appeal granted. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ 238 EAST 9TH STREET CORP. v. MICHAEL BERNICH.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated September 20, 1962, and on the further condition that the appellant perfects the appeal for the January 1963 Term of this court. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ LANGDON P. MARVIN, JR., v. NEWS SYNDICATE CO., INC.— Motion to dismiss appeal denied with leave to renew on the argument of the appeal. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ AMERICAN CYANAMID COMPANY v. SIDNEY M. FOX et al.—Motion for a stay denied. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ JOHN J. McCLOSKEY, as Sheriff of the City of New York, et al. v. BELGIAN-AMERICAN BANKING CORPORATION.— Motion to dismiss appeal granted, with $10 costs, unless the appellants perfect the appeal for the first Non-Enumerated Calendar of the January 1963 Term of this court. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ AMERICAN CYANAMID COMPANY v. SIDNEY M. FOX et al.— Motion for a stay denied. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH WALSH.— Motion for an adjournment granted and the argument of defendant's appeal is adjourned to the November 1962 Term of this court. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WAVERLY WATSON.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.